UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LENORA CHATMAN and ALFREDO CHATMAN, | ) ) ) |
| Plaintiffs, | ) Case No. ) ) |
| v. | ) Judge ) |
| P.O. JONATHAN DIBIASE #14050, P.O. MILTON KINNISON #12440, P.O. WAYNE OZMINA #6579, P.O. GUY HABIAK #9921, P.O. CRISTA BARTON #13036, P.O. HOWARD DIXON #15410 P.O. COREY WALKER #1730, and THE CITY OF CHICAGO, a municipal corporation, | ) Magistrate Judge ) ) ) JURY DEMAND ) ) ) ) ) ) |
| Defendants. | ) |

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, LENORA CHATMAN and ALFREDO CHATMAN, by and through their attorneys, Gregory E. Kulis & Associates, Ltd., and complaining against the Defendants, P.O. JONATHAN DIBIASE #14050, P.O. MILTON KINNISON #12440, P.O. WAYNE OZMINA #6579, P.O. GUY HABIAK #9921, P.O. CRISTA BARTON #13036, P.O. HOWARD DIXON #15410, P.O. COREY WALKER #1730 and THE CITY OF CHICAGO, a municipal corporation, as follows:

**COUNT I – UNREASONABLE SEARCH**

1. This action is brought pursuant to the laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiffs, LENORA CHATMAN and ALFREDO CHATMAN accomplished by acts and/or omissions of the Defendants, P.O.

JONATHAN DIBIASE #14050, P.O. MILTON KINNISON #12440, P.O. WAYNE OZMINA #6579, P.O. GUY HABIAK #9921, P.O. CRISTA BARTON #13036, P.O. HOWARD DIXON #15410, AND P.O. COREY WALKER #1730, committed under color of law.

2. Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3. The Plaintiffs, LENORA CHATMAN and ALFREDO CHATMAN were at all relevant times United States citizens and residents of the State of Illinois.

4. At all relevant times, the Defendants, P.O. JONATHAN DIBIASE #14050, P.O. MILTON KINNISON #12440, P.O. WAYNE OZMINA #6579, P.O. GUY HABIAK #9921, P.O. CRISTA BARTON #13036, P.O. HOWARD DIXON #15410, AND P.O. COREY WALKER #1730 were duly appointed Chicago Police Officers acting within their scope of their employment and under color of law.

5. On or about August 17, 2017 the Plaintiffs, LENORA CHATMAN AND ALFREDO CHATMAN were in their home at 8724 S. Bishop, Chicago, Illinois.

6. The Defendants, P.O. JONATHAN DIBIASE #14050, P.O. MILTON KINNISON #12440, P.O. WAYNE OZMINA #6579, P.O. GUY HABIAK #9921, P.O. CRISTA BARTON #13036, P.O. HOWARD DIXON #15410, AND P.O. COREY WALKER #1730, came to their home and busted in the door.

7. The Defendants entered upon the premises and took the two Plaintiffs into custody.

8. The Plaintiff, ALFREDO CHATMAN, was handcuffed.

9. The Plaintiffs were not committing a crime or breaking any laws.

10. The Defendants did not have an arrest warrant, probable cause or a search warrant when they first entered the home.

11. The Defendants destroyed the interior of the Plaintiffs' home.

12. The Defendants destroyed and damaged much of the Plaintiffs' furnishings and personal items.

13. The Defendants laughed and joked as they broke and destroyed things in the home.

14. The Defendants also unlawfully searched the Plaintiff, ALFREDO CHATMAN'S vehicle without a search warrant.

15. The actions of the Defendants were excessive.

16. The actions of the Defendants were unreasonable.

17. The Defendants were acting pursuant to the customs, policies, and procedures of the Chicago Police Department.

18. As a direct and proximate consequence of said conduct of the Defendants, P.O. JONATHAN DIBIASE #14050, P.O. MILTON KINNISON #12440, P.O. WAYNE OZMINA #6579, P.O. GUY HABIAK #9921, P.O. CRISTA BARTON #13036, P.O. HOWARD DIXON #15410, AND P.O. COREY WALKER #1730, the Plaintiffs suffered emotional anxiety, fear, humiliation, pain and suffering, monetary loss and damages.

19. Said actions of the Defendants, P.O. JONATHAN DIBIASE #14050, P.O. MILTON KINNISON #12440, P.O. WAYNE OZMINA #6579, P.O. GUY HABIAK #9921, P.O. CRISTA BARTON #13036, P.O. HOWARD DIXON #15410, AND P.O. COREY WALKER #1730, violated the Plaintiffs, Fourth and Fourteenth Amendment

Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

WHEREFORE, the Plaintiffs, LENORA and ALFREDO CHATMAN, prays for judgment in their favor and against the Defendants, P.O. JONATHAN DIBIASE #14050, P.O. MILTON KINNISON#12440, P.O. WAYNE OZMINA #6579, P.O. GUY HABIAK #9921, P.O. CRISTA BARTON #13036, P.O. HOWARD DIXON #15410, AND P.O. COREY WALKER #1730, jointly and severally, for a reasonable amount in compensatory damages, punitive damages, plus attorneys' fees and costs.

### COUNT II – EXCESSIVE FORCE AND SEIZURE

1-19. The Plaintiffs hereby re-allege and incorporate their allegations of paragraphs 1-19 of Count I as their respective allegations of paragraphs 1-19 of Count II as though fully set forth herein.

20 The Plaintiff ALFREDO CHATMAN was handcuffed too tightly and complained until he started bleeding.

21. The actions of the Defendants were a seizure and an unlawful holding of the Plaintiffs for approximately five (5) hours.

22. As a direct and proximate consequence of said conduct of the Defendants, P.O. JONATHAN DIBIASE #14050, P.O. MILTON KINNISON #12440, P.O. WAYNE OZMINA #6579, P.O. GUY HABIAK #9921, P.O. CRISTA BARTON #13036, P.O. HOWARD DIXON #15410, AND P.O. COREY WALKER #1730, the Plaintiffs suffered emotional anxiety, discomfort, fear, humiliation, and pain and suffering.

23. Said actions of the Defendants, P.O. JONATHAN DIBIASE #14050, P.O. MILTON KINNISON #12440, P.O. WAYNE OZMINA #6579, P.O. GUY HABIAK

#9921, P.O. CRISTA BARTON #13036, P.O. HOWARD DIXON #15410, AND P.O. COREY WALKER #1730, violated the Plaintiffs, Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

WHEREFORE, the Plaintiff. ALFREDO CHATMAN, prays for judgment in his favor and against the Defendants, P.O. JONATHAN DIBIASE #14050, P.O. MILTON KINNISON #12440, P.O. WAYNE OZMINA #6579, P.O. GUY HABIAK #9921, P.O. CRISTA BARTON #13036, P.O. HOWARD DIXON #15410, AND P.O. COREY WALKER #1730, jointly and severally, for a reasonable amount in compensatory damages, punitive damages, plus attorneys' fees and costs.

## COUNT III—INDEMNIFICATION / CITY OF CHICAGO

1-23. The Plaintiffs re-allege and incorporates the allegations contained in paragraphs 1-23 of Count I as their respective allegations of paragraphs 1-23 of Count III as though fully set forth herein.

23. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

24. Defendants, P.O. JONATHAN DIBIASE #14050, P.O. MILTON KINNISON #12440, P.O. WAYNE OZMINA #6579, P.O. GUY HABIAK #9921, P.O. CRISTA BARTON #13036, P.O. HOWARD DIXON #15410, AND P.O. COREY WALKER #1730 were at all relevant times were employees of the Defendant, CITY OF CHICAGO, and acted within the scope of their employment in committing the misconduct described herein.

WHEREFORE, should Defendants, P.O. JONATHAN DIBIASE #14050, P.O. MILTON KINNISON #12440, P.O. WAYNE OZMINA #6579, P.O. GUY HABIAK #9921, P.O. CRISTA BARTON #13036, P.O. HOWARD DIXON #15410, AND P.O. COREY WALKER #1730 be found liable for the acts alleged above, Defendant CITY OF CHICAGO would be liable to pay the Plaintiff any judgment obtained against said Defendants.

### JURY DEMAND

The Plaintiffs, LENORA CHATMAN and ALFREDO CHATMAN hereby request a trial by jury.

Respectfully submitted,

/s/ Gregory E. Kulis
Gregory E. Kulis & Associates, Ltd.


Gregory E. Kulis & Associates, Ltd.
30 North LaSalle Street
Suite 2140
Chicago, Illinois 60602
(312) 255-2100
Email: gkulis@kulislawltd.com
Attorney No: 6180966